IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DUSTIN NOBLE,<br><br>                Defendant. | **4:23CR3122**<br><br>**ORDER** |

This matter is before the court on the Government's unopposed Motion to Continue Trial. (Filing No. 44) Government's counsel needs additional time to prepare for trial given the complexity of the case and for medical reasons. Defendant has no objection to the continuance and Defendant has indicated he consents to tolling of the time pursuant to the Speedy Trial Act. For good cause shown, the reasons stated in the motion, and for continuity of counsel:

**IT IS ORDERED** that the Motion to Continue Trial (Filing No. 44) is granted, as follows:

1. The jury trial now set for October 7, 2024 is continued to **April 28, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), and with the consent of the Defendant, the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 28, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **August 5, 2024**. The objecting party must comply with all requirements of NECrim R 59.2.

Dated this 30th day of July, 2024.

                                                        BY THE COURT:

                                                        *s/ Jacqueline M. DeLuca*
                                                        United States Magistrate Judge