IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>DUSTIN NOBLE,<br><br>     Defendant. | 4:23CR3122<br><br>**ORDER** |

A hearing was held today. After conferring with counsel, the Court orders as follows:

IT IS ORDERED:

1)   Expert witness disclosures as required under Rule 16 must be served on or before May 23, 2025.

Dated this 28th day of April, 2025.

                    BY THE COURT:

                    *s/ Jacqueline M. DeLuca*
                    United States Magistrate Judge