IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>DUSTIN NOBLE,<br><br>                    Defendant. | 4:23CR3122<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Filing No. 95). Having reviewed the record in this case, the Court finds as follows:

1.      On September 4, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 85) forfeiting Defendant's interest in various firearms, firearm accessors, crossbows, crossbow accessories, and wildlife as listed in Attachment A to the Motion for Preliminary Order of Forfeiture. (Filing No. 84-1).

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on September 6, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on November 6, 2025. (Filing No. 94).

3.      The Government advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.      The Government's Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1.      The Government's Motion for Final Order of Forfeiture (Filing No. 94) is granted;

2.      All right, title and interest in and to the various firearms, firearm accessors, crossbows, crossbow accessories, and wildlife as listed in Attachment A to Filing

No. 84, seized from the Defendant, held by any person or entity are forever barred and foreclosed;

3. The various firearms, firearm accessors, crossbows, crossbow accessories, and wildlife as listed in Attachment A is forfeited to the Government; and

4. The Government is directed to dispose of that property in accordance with the law.

Dated 6th day of November, 2025.

BY THE COURT:

/s/ Susan M Bazis

Susan M. Bazis
United States District Judge